IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN PRIDE PROPERTIES, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) CASE NO. 2:21-CV-674-WKW ) [WO] |
| GEORGE A. MILLER, JR., OZELLE C. MILLER, and FREDRIKA M. MILLER, | ) ) ) ) |
| Defendants. | ) ) |

## **ORDER**

On August 16, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 9.) Upon an independent review of the record, it is ORDERED that the Recommendation (Doc. # 9) is ADOPTED.

Accordingly, it is ORDERED that Plaintiff's motion to remand (Doc. # 8) is GRANTED and that this action is REMANDED to the Circuit Court of Montgomery County, Alabama. The Clerk of the Court is DIRECTED to take the necessary steps to effectuate the remand.

It is further ORDERED that the motion to proceed *in forma pauperis* (Doc. # 2) is DENIED as moot.

DONE this 1st day of September, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE